FILED

DEC 1 3 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  JUSTIN L. LEE
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  (916) 554-2700

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  IN THE MATTER OF THE          )
    APPLICATION OF THE UNITED STATES )   2:13-SW--804    CKD
12  OF AMERICA FOR SEARCH WARRANTS )
    CONCERNING:                   )
13      (1)  Apple iPad, IC:579C-  )   SEALING ORDER
             A1396                )
14      (2)  Thumb Drive, Serial # )
             BL1105ZHPB           )   UNDER SEAL
15      (3)  Apple iPhone, IC:579C- )
             E2430A               )
16      (4)  WD hard drive, serial # )
             WX70AA9Y1107         )
17      (5)  ASUS desktop, serial # )
             C2PDCG001EE8         )   SEALED
18      (6)  Samsung laptop, serial # )
             ZYPX93BB303146K      )
19      (7)  LG cell phone, serial #
             203CYNL0316583
20  _____

21

22      Upon application of the United States of America and good cause

    having been shown,
23

24      **IT IS HEREBY ORDERED** that the files in the above-captioned

    matters be, and are, hereby ordered sealed until further order of
25

    this Court.
26  DATED: December 13, 2013

27                              _____
                                Hon.  CAROLYN K. DELANEY
28                              UNITED STATES MAGISTRATE JUDGE